JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VICTOR SHAINSKY,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>**SKYLINE METRICS, LLC DBA ONCEDRIVEN.COM; BRYANT CASS; and DOES 1 through 10, inclusive, and each of them**,<br><br>Defendants | Case No. 2:18-cv-01867-JLS-MRW<br><br>**ORDER TO DISMISS WITH PREJUDICE AS TO PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS** |

The Court has reviewed Plaintiff's Notice of Dismissal and the accompanying declaration. (*See* Notice of Dismissal, Doc. 11; Friedman Decl., Doc. 11-1.) Plaintiff has properly analyzed the factors set forth in *Diaz v. Trust Territory of Pac. Islands*, 876 F.2d 1401, 1409 (9th Cir. 1989) and filed, under seal, a copy of the settlement agreement for the Court's review. (*See* Friedman Decl. ¶¶ 13–18.) The Court concludes that the *Diaz* factors weigh in favor of dismissal.

Accordingly, IT IS HEREBY ORDERED that pursuant to the Notice of Plaintiff, this matter is dismissed with prejudice as to Plaintiff and without prejudice as to the putative Class, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: July 16, 2018.

_____
The Honorable Josephine L. Staton